UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

**MARCIA GAALSWYCK-KNETZKE,**
**individually and on behalf of all**
**others similarly situated,**

    Plaintiff,

v.                                                              **CASE NO. 8:08-cv-493-T-26TGW**

**THE RECEIVABLES MANAGEMENT**
**SERVICES CORPORATION,**
**a Delaware corporation**

_____/

**INDEX OF EXHIBITS TO MOTION FOR CLASS CERTIFICATION AND
SUPPORTING MEMORANDUM**

| **Exhibit** | **Description** |
|---|---|
| A. | Joint Stipulation |
| B. | Firm Profiles of Class Counsel |
| C. | Affidavit of Marcia Gaalswijk-Knetzke |