UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCIA GAALSWYK-KNETZKE

        Plaintiff,

v.                                                    CASE NO. : 8:08-CV-493-T-26-TGW

THE RECEIVABLE MANAGEMENT
SERVICES CORPORATION,

        Defendant.
_____/

## JOINT STIPULATION

COME NOW, the Defendant, THE RECEIVABLE MANAGEMENT SERVICES CORPORATION and Plaintiff, MARCIA GAALSWYK-KNETZKE, by and through their undersigned counsel and files this Joint Stipulation as it relates to Plaintiff's Local Rule 4.04 Motion for Class Certification pursuant to the Federal Rules of Civil Procedure, and in support thereof would state the following:

1.      The Parties have conducted a Status Conference to discuss any potential stipulations regarding Plaintiff's Local Rule 4.04 Motion for Class Certification as it relates to the facts of this case.

2.      The Parties have agreed that the number of collection correspondence subject to the issues raised in the Complaint are sufficiently numerous as to satisfy the numerosity requirement pursuant to Rule 23(a)(1) of the Federal Rules of Civil Procedure.  The Defendant has proferred representations that the number of written communications containing the challenged text and format which were mailed to Florida consumers during the previous two years exceeds sixteen thousand

(16,000) consumers. The Defendant, in making such stipulation, does not waive its right to claim that excessiveness of the number of potential class members may defeat class certification based upon any other factor or reason herein.

3.     The Parties have agreed that the issues raised under the Fair Debt Collection Practices Act (FDCPA) and Florida's Consumer Collection Practices Act (FCCPA) in the Complaint share the same common issues and disputes as to satisfy the commonality requirement pursuant to Rule 23(a)(2) of the Federal Rules of Civil Procedure.  The Plaintiff, on behalf of any prospective class or sub-class seeks only a claim of entitlement to statutory damages under the FDCPA and FCCPA, and punitive damages under the FCCPA.

WHEREFORE, based on the foregoing, the Parties file this Joint Stipulation pursuant to Local Rule 4.04 as it relates to Plaintiff's Motion for Class Certification.

Date:  July 1, 2008

Signature of Counsel (with information required by Local Rule 1.05(d) and Signature of Unrepresented Parties.


 /s/ Damon M. Ellis, Esquire
DAMON M. ELLIS, ESQ.
Florida Bar No. 0111864
SAXON, GILMORE, CARRAWAY, GIBBONS, WILCOX & LASH, P.A.
Fifth Third Center
201 E. Kennedy Blvd., Suite 600
Tampa, Florida 33602
(813) 314-4500
(813) 314-4555 fax
dellis@saxongilmore.com
Attorneys for Plaintiff


and

/s/ Katherine E. Yanes
KATHERINE E. YANES, ESQ.
Florida Bar No. 775568
KYNES, MARKMAN & FELMAN, P.A.
100 South Ashley Drive, Suite 1300
Tampa, Florida 33602
(813) 229-1118
(813) 221-6750 fax
kyanes@kmf-law.com
Co-Counsel for Plaintiff

/s/ Ernest H. Kohlmyer, III ,Esquire
ERNEST H. KOHLMYER, III, ESQ.
Florida Bar No. 0110108
BELL, ROPER & KOHLMYER, P.A.
2707 East Jefferson Street
Orlando, Florida  32803
(407) 897-5150
(407) 897-3332 (fax)
Skohlmyer@bellroperlaw.com
Attorneys for Defendant