UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

MARCIA GAALSWYCK-KNETZKE,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.                                                      CASE NO. 8:08-cv-493-T-26TGW

THE RECEIVABLES MANAGEMENT
SERVICES CORPORATION,
a Delaware corporation

_____/

## AFFIDAVIT OF PLAINTIFF MARCIA GAALSWIJK-KNETZKE IN SUPPORT OF CLASS CERTIFICATION

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

MARCIA GAALSWIJK-KNETZKE, being duly sworn, deposes and says as follows:

1.      I am over 18 years of age and am competent to make this affidavit.

2.      I am the named Plaintiff in the above-captioned action.  I make this affidavit in support of Plaintiff's motion for class certification.

3.      I understand my responsibilities as class representative include the following:

A.      I stand in a fiduciary relationship with the other class members.  I understand that this means I will have to act for the benefit of the class and will be required to make decisions on behalf of the class.

B.      I understand that I am required to monitor the litigation and make certain Class Counsel are actively prosecuting the action in the interests of the

class. Class Counsel have kept me informed of the status of the litigation, and I will ensure that they continue to do so.

C.        I understand that as class representative I may not settle my claim with the Defendant independently of the class action or otherwise act in detriment of the class. I will also be required to evaluate any proposed class resolution on behalf of the class to ensure that it is in the interests of the class.

D.        I understand that the Defendant may seek discovery from me and that it will be my obligation to respond to the Defendant's discovery requests.

4.        I am willing to undertake and fulfill the obligations of serving as class representative in this action.

_____
MARCIA GAALSWIJK-KNETZKE

SWORN TO AND SUBSCRIBED before me this
____ day of July, 2008, by the affiant who is
____ personally known to me or ____ produced
identification. Type of identification produced:

ANGELA ENNIS
MY COMMISSION # DD 572240
EXPIRES: August 11, 2010
Bonded Thru Budget Notary Services

_____
Notary Public
My commission expires: