UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.   8:08-cv-493-T-26TGW          DATE:  February 27, 2009

TITLE: Marcia Gaalswyk-Knetzke   vs.  The Receivable Management Services Corp.

Time: 10:00 - 10:10 = .10

JUDGE: **RICHARD A. LAZZARA**          COURTROOM DEPUTY:  Susan Saylor

COURT REPORTER: Claudia Spangler-Fry          INTERPRETER:

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| James Carraway<br>James Felman<br>Katherine Yanes<br>Thomas Lash | Ernest Kohlmyer, III |

PROCEEDINGS:  **STATUS CONFERENCE**

Parties discussed Class notification and requested a fairness hearing.

Court set this case for a Fairness hearing July 10, 2009 at 9:00 a.m. with 1 hour and ½ reserved for hearing.  Class notification to be published in the US Today.