**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARCIA GAALSWYCK-KNETZKE,**
**individually and on behalf of all**
**others similarly situated,**

     **Plaintiff,**

**v.**                                    **CASE NO. 8:08-cv-493-T-26TGW**

**THE RECEIVABLES MANAGEMENT**
**SERVICES CORPORATION,**
**a Delaware corporation**
_____/

**INDEX OF EXHIBTS TO MOTION FOR FINAL APPROVAL OF SETTLEMENT**
**AGREEMENT AND PETITION FOR ATTORNEYS' FEES, EXPENSES, AND**
**AWARD TO CLASS REPRESENTATIVE AND SUPPORTING MEMORANDUM**

| Description | Exhibit |
|---|---|
| Class Action Settlement Agreement | 1 |
| Final Order Approving Class Action Settlement and Payment of Attorney's Fees to Class Counsel | 2 |
| Affidavit of Katherine Earle Yanes in Support of Motion for Final Order Approval of Settlement Agreement and Petition for Attorney's Fees, Expenses, and Award to Class Representative | 3 |
| Affidavit of Katherine Earle Yanes in Support of Application for Attorney's Fees and Reimbursement of Expenses on Behalf of Kynes, Markman & Felman, P.A. | A |
| Affidavit of J. Frazier Carraway in Support of Application for Attorney's Fees and Reimbursement of Expenses on Behalf of Saxon, Gilmore, Carraway & Gibbons, P.A. | B |
| Affidavit of Thomas A. Lash in Support of Application for Attorney's Fees and Reimbursement of Expenses on Behalf of Lash & Wilcox, P.L. | C |
| Affidavit of Michael Kronenfeld | 4 |