UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.   8:08-cv-493-T-26TGW          DATE:  July 10, 2009

TITLE: Marcia Gaalswyk-Knetzke    vs.  The Receivable Management Services Corp.

Time: 9:00  - 9:05 = .05

JUDGE: **RICHARD A. LAZZARA**          COURTROOM DEPUTY:  Susan Saylor

COURT REPORTER: Janie Gibbs          INTERPRETER:

Attorneys for Plaintiffs          Attorneys for Defendants

Katherine Yanes          Ernest Kohlmyer, III
Thomas Lash
Lauren Lewis
James Carraway

PROCEEDINGS:   **FAIRNESS HEARING**

Defense stated that the parties have reached a settlement

Pltf agrees with settlement

Court: Grants the Motion for approval of settlement and signed the Final Order approving class action settlement which will be docketed in the court file by the clerk.